| AO 10<br>Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2012 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Hobbs, Truman M. | 2. Court or Organization<br><br>US District Ct., Middle Alabama | 3. Date of Report<br><br>12/16/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior Article III Judge of US District Court | 5a. Report Type (check appropriate type)<br><br>☐ Nomination     Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |
| 7. Chambers or Office Address<br><br>P.O. Box 711<br>Montgomery, AL 36101 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director and officer of charitable foundation (Hobbs Foundation). | Hobb Foundation |
| 2. | I am co-trustee of Trust 6.- no financial interests in the trusts. | Trust 6 (see VIII, Line 3) |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hobbs, Truman M. | 12/16/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hobbs, Truman M. | 12/16/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | BROKERAGE ACCOUNT No 1 - MERRILL LYNCH | | | | | | | | | |
| 2. | **CASH/MONEY ACCOUNTS** | | | | | | | | | |
| 3. | -Cash - Merrill Lynch | A | Interest | J | T | | | | | |
| 4. | -BIF Fund | A | Interest | M | T | | | | | |
| 5. | -ISA Bank of America | A | Interest | K | T | | | | | |
| 6. | **MUNICIPAL BONDS** | | | | | | | | | |
| 7. | -Mtgy Cnty AL Wts (11/1/14) 3.65 | A | Interest | | | Redeemed | 10/01/12 | K | | |
| 8. | -Ala Drnk Wtr Fn (8/15/16) 4.80 | C | Interest | | | Sold | 03/15/12 | L | D | |
| 9. | -Univ AL Revs (10/1/18) 4.0 | A | Interest | K | T | | | | | |
| 10. | -Un Ala Gen Rev (10/1/19) 4.25 | B | Interest | K | T | | | | | |
| 11. | -Ala Bldg Renov (9/1/21) 4.25 | B | Interest | K | T | | | | | |
| 12. | -Enterprise AL Wts (10/1/21) 4.25 | B | Interest | K | T | | | | | |
| 13. | -Mtgy AL Wts (2/1/23) 5.0 | C | Interest | L | T | | | | | |
| 14. | -Ala St Pub Sch etc (12/1/23) 5.0 | B | Interest | K | T | | | | | |
| 15. | -Daphne AL Wts & Impt (4/1/25) 4.5 | A | Interest | J | T | | | | | |
| 16. | -Foley AL Pub Facs (9/1/26) 5.0 | B | Interest | K | T | | | | | |
| 17. | -Smiths AL Wtr-Swr (6/1/28) 4.35 | B | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hobbs, Truman M. | 12/16/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Troy AL Pub EBA (12/1/31) 5.0 | C | Interest | L | T | | | | | |
| 19. -Troy AL PUb EBA (12/1/36) 5.25 | C | Interest | L | T | | | | | |
| 20. **EQUITIES** | | | | | | | | | |
| 21. -Barrick Gold Corp | A | Dividend | K | T | | | | | |
| 22. Baxter Intl | A | Dividend | K | T | | | | | |
| 23. -Berkshire Hath CL A | | None | M | T | | | | | |
| 24. -Colgate Palm | B | Dividend | K | T | | | | | |
| 25. -Conoco Phillips | D | Dividend | M | T | | | | | |
| 26. -Diageo PL | B | Dividend | L | T | | | | | |
| 27. -Duke Energy | C | Dividend | M | T | | | | | |
| 28. -Intermec Inc | | None | J | T | | | | | |
| 29. -Kinder Morgan | D | Dividend | M | T | | | | | |
| 30. -Koninkl Phil E NY | C | Dividend | M | T | | | | | |
| 31. -Plum Creek Tbr | B | Dividend | K | T | | | | | |
| 32. -Spectra Energy | C | Dividend | L | T | | | | | |
| 33. -Weyerhaeuser Co | A | Dividend | J | T | | | | | |
| 34. **MUTUAL FUNDS/CLOSED END FUNDS/UIT** | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hobbs, Truman M. | 12/16/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Blackrock Munivest | E | Dividend | N | T | | | | | |
| 36. -Blackrock Munienhanced | E | Dividend | O | T | | | | | |
| 37. -Blackrock Intermed | D | Dividend | M | T | | | | | |
| 38. -Cohen & Steers REIT | B | Dividend | K | T | | | | | |
| 39. -Cohen & Steers Sel | B | Dividend | K | T | | | | | |
| 40. -DWS Gold & Prec Mtl | | Dividend | K | T | | | | | |
| 41. -First Eagle | D | Dividend | K | T | | | | | |
| 42. GDL FD | B | Dividend | K | T | | | | | |
| 43. BROKERAGE ACCOUNT NO. 2 - CHARLES SCHWAB | | | | | | | | | |
| 44. -Charles Schwab Money Market Funds | A | Interest | N | T | | | | | |
| 45. **EQUITIES** | | | | | | | | | |
| 46. -BRKB | | Dividend | L | T | | | | | |
| 47. -Chevron Corp | C | Dividend | M | T | | | | | |
| 48. -Exelis Inc | A | Dividend | J | T | | | | | |
| 49. -GWW (Grainger) | A | Dividend | K | T | | | | | |
| 50. -ITT Corp New | A | Dividend | J | T | | | | | |
| 51. -Medco Health Sol | | None | | | Sold | 04/03/12 | J | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hobbs, Truman M. | 12/16/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Pfizer Inc | A | Dividend | J | T | | | | | |
| 53. -St. Jude Medical | A | Dividend | K | T | | | | | |
| 54. -Southern Co. | C | Dividend | L | T | | | | | |
| 55. -WalMart Stores | A | Dividend | K | T | | | | | |
| 56. -Walgreen Co | B | Dividend | L | T | | | | | |
| 57. -Xylem Inc | A | Dividend | K | T | | | | | |
| 58. BROKERAGE ACCOUNT NO. 3 - STIFEL-NICOLAUS | | | | | | | | | |
| 59. Cash-Stifel Nicolaus | A | Interest | P1 | U | | | | | |
| 60. -Gen Gvt Sec | A | Interest | O | T | | | | | |
| 61. -Gen Treas Pri CLB | A | Interest | N | T | | | | | |
| 62. -Insured Bank Prog | A | Interest | P1 | T | | | | | |
| 63. ---Stifel Bank | A | Interest | N | T | | | | | |
| 64. ----First Sentry | A | Interest | M | T | | | | | |
| 65. ---SunTrust Bk | A | Interest | M | T | | | | | |
| 66. --Ameri Express Bk | A | Interest | M | T | | | | | |
| 67. ---BBCN Bank | A | Interest | M | T | | | | | |
| 68. ---Fremont Bk | A | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hobbs, Truman M. | 12/16/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Compass Bank | A | Interest | M | T | | | | | |
| 70. ---NY Comm Bk | A | Interest | M | T | | | | | |
| 71. ---Glacier Bk | A | Interest | M | T | | | | | |
| 72. ---Citibank NA | A | Interest | M | T | | | | | |
| 73. ---C'wealth BK & Tr | A | Interest | M | T | | | | | |
| 74. ---Bank of N.C. | A | Interest | K | T | | | | | |
| 75. Bank E Asia Ltd | A | Interest | J | T | | | | | |
| 76. **EQUITIES** | | | | | | | | | |
| 77. ACCO Brands | | None | | | Spinoff (from line 126) | 05/01/12 | J | | |
| 78. ACCO Brands | | None | | | Distributed | 12/28/12 | K | | |
| 79. -AT&T | E | Dividend | | | Distributed | 12/28/12 | O | | |
| 80. -Air Prdts | D | Dividend | L | T | Distributed (part) | 12/28/12 | N | | |
| 81. -Apple Inc | B | Dividend | K | T | Distributed (part) | 12/28/12 | M | | |
| 82. -Astrazeneca | C | Dividend | | | Sold | 12/28/12 | K | C | |
| 83. -BP | C | Dividend | J | T | Distributed (part) | 12/28/12 | M | | |
| 84. -Banco Bilbao Viz | D | Dividend | | | Distributed (part) | 12/28/12 | L | | |
| 85. Banco Bilbao Viz | | Dividend | J | T | Sold (part) | 12/28/12 | L | F | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hobbs, Truman M. | 12/16/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Barrick Gold | D | Dividend | | | Sold | 12/28/12 | M | D | |
| 87. -Becton Dickinson | B | Dividend | J | T | Distributed (part) | 12/28/12 | L | | |
| 88. -Berksh Ha CL A | | None | | | Sold | 12/28/12 | M | D | |
| 89. -Berksh Ha CL B | | None | | | Distributed | 12/28/12 | L | | |
| 90. -BHP Billiton | C | Dividend | L | T | Distributed (part) | 12/28/12 | L | | |
| 91. -Br Myers | E | Dividend | M | T | Distributed (part) | 12/28/12 | O | | |
| 92. -Cameco Corp | B | Dividend | | | Sold | 12/28/12 | L | C | |
| 93. -Campbell Soup | D | Dividend | J | T | Distributed (part) | 12/28/12 | M | | |
| 94. -Canadian Nat Res | A | Dividend | | | Sold | 12/28/12 | L | D | |
| 95. -Chevron Corp | D | Dividend | M | T | Distributed (part) | 12/28/12 | M | | |
| 96. -Citigr New | A | Dividend | | | Sold | 12/28/12 | J | | |
| 97. -Coca Cola | E | Dividend | L | T | Distributed (part) | 12/28/12 | P1 | | |
| 98. -Codexis | | None | | | Sold | 12/28/12 | J | | |
| 99. -Col Properties | B | Dividend | J | T | Distributed (part) | 12/28/12 | L | | |
| 100. -ConocoPhillips | E | Dividend | N | T | Distributed (part) | 12/28/12 | N | | |
| 101. -Convergys Corp | A | Dividend | J | T | Distributed (part) | 12/28/12 | L | | |
| 102. -Corning Inc. | B | Dividend | | | Sold | 12/28/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hobbs, Truman M. | 12/16/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Deere | B | Dividend | J | T | Distributed (part) | 12/28/12 | L | | |
| 104. -Duke Energy New | B | Dividend | J | T | Distributed (part) | 12/28/12 | K | | |
| 105. -Eastman Chem | D | Dividend | K | T | Distributed (part) | 12/28/12 | M | | |
| 106. Emerson Elec | B | Dividend | | | Buy | 04/30/12 | M | | |
| 107. Emerson Elec | B | Dividend | | | Sold | 12/28/12 | M | D | |
| 108. -Energen Corp | B | Dividend | J | T | Distributed (part) | 12/28/12 | L | | |
| 109. -Exelis Inc. | A | Dividend | J | T | Distributed (part) | 12/28/12 | J | | |
| 110. -Exxon Mobil | E | Dividend | L | T | Distributed (part) | 12/28/12 | O | | |
| 111. -Freeport McMoran Cpr | B | Dividend | J | T | Distributed (part) | 12/28/12 | L | | |
| 112. -Frontier Comm | A | Dividend | | | Sold | 12/28/12 | J | | |
| 113. -GT Advanced Techs | | None | | | Sold | 12/28/12 | J | | |
| 114. -General Electric | D | Dividend | K | T | Distributed (part) | 12/28/12 | M | | |
| 115. -Geron Corp | | None | | | Sold | 12/28/12 | J | | |
| 116. -Grainger | C | Dividend | J | T | Distributed (part) | 12/28/12 | M | | |
| 117. Halliburton | | None | | | Buy | 11/08/12 | L | | |
| 118. Halliburton | | None | | | Sold | 12/28/12 | L | | |
| 119. -Hanesbrands | | None | | | Sold | 12/28/12 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hobbs, Truman M. | 12/16/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -Hartford Financial | A | Dividend | | | Sold | 12/28/12 | K | D | |
| 121.  -ITT Corp New | A | Dividend | | | Sold | 12/28/12 | K | D | |
| 122.  -IBM | D | Dividend | M | T | Distributed (part) | 12/28/12 | M | | |
| 123.  Intel Corp | | None | | | Buy | 11/28/12 | M | | |
| 124.  Intel Corp | | None | | | Sold | 12/28/12 | M | A | |
| 125.  -Johnson & Johnson | E | Dividend | M | T | Distributed (part) | 12/28/12 | O | | |
| 126.  -Meadwestvaco | D | Dividend | K | T | Distributed (part) | 12/28/12 | M | | |
| 127.  -<Merck | D | Dividend | | | Distributed | 12/28/12 | M | | |
| 128.  -Microsoft | C | Dividend | | | Sold | 12/28/12 | M | A | |
| 129.  -Molycorp | | None | | | Sold | 12/28/12 | J | | |
| 130.  -Mosaic Co | B | Dividend | | | Distributed | 12/28/12 | M | | |
| 131.  -Nvidia Corp | | None | | | Sold | 12/28/12 | K | D | |
| 132.  -PPG Ind | C | Dividend | L | T | Distributed (part) | 12/28/12 | M | | |
| 133.  -Pfizer Inc | D | Dividend | K | T | Distributed (part) | 12/28/12 | N | | |
| 134.  Phillips 66 | B | Dividend | | | Spinoff (from line 100) | 04/16/12 | M | | |
| 135.  Phillips 66 | B | Dividend | | | Distributed | 12/28/12 | M | | |
| 136.  -Pioneer Nat Res | A | Dividend | K | T | Distributed (part) | 12/28/12 | M | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hobbs, Truman M. | 12/16/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Potash Corp of Saskatch | B | Dividend | | | Sold | 12/28/12 | L | | |
| 138. -Praxair Inc | B | Dividend | | | Sold | 12/28/12 | L | D | |
| 139. -P & Gamble | C | Dividend | | | Distributed | 12/28/12 | M | | |
| 140. -Raytheon Co | A | Dividend | | | Sold | 12/28/12 | J | C | |
| 141. -Republic Services | D | Dividend | J | T | Distributed (part) | 12/28/12 | M | | |
| 142. -Roche Hldg | D | Dividend | K | T | Distributed (part) | 12/28/12 | N | | |
| 143. -St. Jude Med | D | Dividend | L | T | Distributed (part) | 12/28/12 | N | | |
| 144. -Scana Corp' | D | Dividend | K | T | Distributed (part) | 12/28/12 | M | | |
| 145. -Schlumberger | B | Dividend | | | Sold | 12/28/12 | L | | |
| 146. -Senomyx Inc | | None | | | Sold | 12/28/12 | J | A | |
| 147. -Smucker JM | A | Dividend | J | T | Distributed (part) | 12/28/12 | K | | |
| 148. -Sou Co | C | Dividend | J | T | Distributed (part) | 12/28/12 | L | | |
| 149. -Spectra Energy | B | Dividend | J | T | Distributed (part) | 12/28/12 | K | | |
| 150. -SunTrust Bk | B | Dividend | K | T | Distributed (part) | 12/28/12 | M | | |
| 151. -Synovus Fin Corp | | | | | Sold | 12/28/12 | J | D | |
| 152. -Tim Hortons | B | Dividend | J | T | Distributed (part) | 12/28/12 | L | | |
| 153. -Total Systems | B | Dividend | K | T | Distributed (part) | 12/28/12 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Trinity Ind | B | Dividend | K | T | Distributed (part) | 12/28/12 | M | | |
| 155. -Verizon Comm | D | Dividend | M | T | | | | | |
| 156. -Wells Fargo New | D | Dividend | J | T | Distributed (part) | 12/28/12 | M | | |
| 157. -Weyerhaeuser | B | Dividend | | | Sold | 12/28/12 | M | D | |
| 158. -Williams Co | D | Dividend | | | Distributed | 12/28/12 | M | | |
| 159. WPX Energy X | | None | J | T | Distributed (part) | 12/28/12 | K | | |
| 160. -Xylem | B | Dividend | | | Sold | 12/28/12 | L | B | |
| 161. -Zimmer Hldgs | B | Dividend | K | T | Distributed (part) | 12/28/12 | M | | |
| 162. **PREFERREDS** | | | | | | | | | |
| 163. -Bunge Ltd Conv Pfd | D | Dividend | M | T | | | | | |
| 164. **MUNICIPAL BONDS** | | | | | | | | | |
| 165. -Ala Hsng Fin Auth 4.4% | A | Interest | | | Redeemed | 04/02/12 | J | | |
| 166. --Jeff Cnty AL Swr RV 5% | B | Interest | | | Redeemed | 08/01/12 | J | | |
| 167. -AL Drnk Wtr 4.7% | B | Interest | | | Redeemed | 03/15/12 | K | A | |
| 168. -Madison Cnty AL B/Ed 4.1% | B | Interest | | | Redeemed | 09/04/12 | K | A | |
| 169. -Madison Cty AL B/Ed 4.3% | B | Interest | | | Redeemed | 09/04/12 | K | A | |
| 170. -Huntsville AL Cap impt 5% | B | Interest | | | Distributed | 12/28/12 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -Mtgy AL BMC 5.25% | A | Interest | | | Distributed | 12/28/12 | J | | |
| 172. -Vestavia Hills AL Rfdg 5% | B | Interest | | | Redeemed | 08/01/12 | K | | |
| 173. -Phenix Ci AL Wts 4.4% | C | Interest | | | Distributed | 12/28/12 | M | | |
| 174. -Oxford AL Rec Wrts 3.8% | B | Interest | | | Distributed | 12/28/12 | L | | |
| 175. -Huntsvi AL Cap Impt 5% | B | Interest | | | Sold | 12/28/12 | K | A | |
| 176. -Mtgy AL Tax Wts 4.14% | C | Interest | | | Distributed | 12/28/12 | M | | |
| 177. -Decatur AL B/E 4% | B | Interest | | | Sold | 12/28/12 | K | A | |
| 178. -Shelby Cnty AL B/E Wts 4% | B | Interest | | | Distributed | 12/28/12 | L | | |
| 179. -Auburn Un AL Rev Ath 4% | B | Interest | | | Distributed | 12/28/12 | L | | |
| 180. -Robertsdale AL Rfdg Wts 4.34% | B | Interest | | | Distributed | 12/28/12 | L | | |
| 181. -Troy AL Wrts 4.4% | B | Interest | | | Redeemed | 08/01/12 | K | | |
| 182. -Marshall Cnty AL Health Care Auth 4% | B | Interest | | | Distributed | 12/28/12 | L | | |
| 183. -Mtn Brk AL City B/Ed Rfdg 4.18% | B | Interest | | | Distributed | 12/28/12 | L | | |
| 184. -Florence AL Wts 4.5% | B | Interest | | | Distributed | 12/28/12 | L | | |
| 185. -Un AL Gen Rev U/A 4.25% | C | Interest | | | Distributed | 12/28/12 | M | | |
| 186. -Homewood AL B/Ed 4.6% | A | Interest | | | Redeemed | 03/01/12 | K | | |
| 187. -Enterprise AL B/E Wrnts 4.29% | C | Interest | | | Distributed | 12/28/12 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hobbs, Truman M. | 12/16/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  -Prattvi AL Econ Dev Impt Wts 4.18% | B | Interest | | | Distributed | 12/28/12 | M | | |
| 189.  -Fairhope AL Util 4.4% | C | Interest | | | Distributed | 12/28/12 | M | | |
| 190.  -Ala St Pub Sch Clg Ath 4.3% | C | Interest | | | Distributed | 12/28/12 | M | | |
| 191.  -Ala St B/Ed Sou Cmnty 4.4% | C | Interest | | | Distributed | 12/28/12 | M | | |
| 192.  -Northwest Ala Gas 4.5% | C | Interest | | | Distributed | 12/28/12 | M | | |
| 193.  -Baldwin Cnty AL B/E Outlay Sch Wrnts 5% | B | Interest | | | Sold | 12/28/12 | L | B | |
| 194.  -Daphne Al Wrnts 4.6% | B | Interest | | | Distributed | 12/28/12 | L | | |
| 195.  -Warrior River AL Wtr Auth 4.419% | C | Interest | | | Distributed | 12/28/12 | M | | |
| 196.  -Ala St Pub Sch & Cllg Auth 4.5% | C | Interest | | | Sold | 12/28/12 | M | E | |
| 197.  -Mtgy Cnty AL Pub Bldg Authy Wts 4.65% | B | Interest | | | Distributed | 12/28/12 | L | | |
| 198.  -Leeds AL Pub Edl Bldg Athy 4.69% | C | Interest | | | Distributed | 12/28/12 | M | | |
| 199.  -Southeast Gas Dist Gen Sys 4.32% | C | Interest | | | Distributed | 12/28/12 | M | | |
| 200.  -Ala Bldg Renovtn B/E 4% | C | Interest | | | Distributed | 12/28/12 | M | | |
| 201.  -Auburn AL Rfdg Wrnts B/E 3.93% | C | Interest | | | Distributed | 12/28/12 | M | | |
| 202.  -Mobile Al Pub Ed Bldg Auth 4.5% | C | Interest | | | Distributed | 12/28/12 | M | | |
| 203.  -Baldwin Cnty AL B/E Outlay Sch 5% | C | Interest | | | Distributed | 12/28/12 | M | | |
| 204.  -Elmore Cnty AL Pub Ed B/E 4.5% | B | Interest | | | Distributed | 12/28/12 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. -Univ/South Ala Univ Rev Rfdg 5% | C | Interest | | | Distributed | 12/28/12 | L | | |
| 206. -Baldwin Cnty AL Rfdg Wnts B/E 4.1% | C | Interest | | | Distributed | 12/28/12 | M | | |
| 207. -Albertvi AL Wrnts 4.38% | B | Interest | | | Distributed | 12/28/12 | K | | |
| 208. -Opp Ala Rfdg Wrnts B/E 4.49% | C | Interest | | | Distributed | 12/28/12 | M | | |
| 209. -Courtland AL Ind Dev Polluth 5% | C | Interest | | | Distributed | 12/28/12 | M | | |
| 210. -Un S AL Univ 5% | C | Interest | | | Distributed | 12/28/12 | M | | |
| 211. -Hamilton AL PBA Wts Hum Res 4.375% | B | Interest | | | Distributed | 12/28/12 | L | | |
| 212. -Foley Util Brd 4.86% | D | Interest | | | Distributed | 12/28/12 | M | | |
| 213. -Ala St AGM B/E 5% | C | Interest | | | Distributed | 12/28/12 | M | | |
| 214. -Decatur AL Cap Imp 4.41% | B | Interest | | | Distributed | 12/28/12 | L | | |
| 215. -Al St Pub Sch & Coll Authy 4.54% | D | Interest | | | Distributed | 12/28/12 | L | | |
| 216. -Mtgy AL Sch Wrts 4.44% | B | Interest | | | Distributed | 12/28/12 | L | | |
| 217. -Hoover AL B/E Cap 4.83% | B | Interest | | | Distributed | 12/28/12 | L | | |
| 218. -Uni AL Gen Rev 4.66% | C | Interest | | | Distributed | 12/28/12 | M | | |
| 219. -Clarke & Mobile Cntys Ala Gas Dist Gas Rev 4.375% | B | Interest | | | Sold | 12/28/12 | K | A | |
| 220. -Lee Cnty AL Sch Wrnts 4.85% | A | Interest | | | Distributed | 12/28/12 | K | | |
| 221. -Bessemer AL Govtl Utl Svcs Wtr 4.75% | C | Interest | | | Distributed | 12/28/12 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. -Prattvi AL Wtrwks Brd Wtr Rev 4.25% | C | Interest | | | Distributed | 12/28/12 | L | | |
| 223. -Huntsvi AL Pub Bldg Authy 4.5% | C | Interest | | | Distributed | 12/28/12 | L | | |
| 224. -Auburn Un Rev Ath B/E 5% | C | Interest | | | Distributed | 12/28/12 | M | | |
| 225. -Elba AL Wts B/E 5.21% | B | Interest | | | Distributed | 12/28/12 | L | | |
| 226. -Bham AL Spl CR Fac Chil Hsp 5.75% | D | Interest | | | Distributed | 12/28/12 | M | | |
| 227. -Mad Cnty AL B/E 5.125% | D | Interest | | | Distributed | 12/28/12 | M | | |
| 228. -Troy AL Pub Edl Bldg Authy 5% | B | Interest | | | Distributed | 12/28/12 | L | | |
| 229. -Bham AL Arpt Authy 5.25% | B | Interest | | | Sold | 12/28/12 | K | C | |
| 230. -Mobile AL Wtr & Sew Comm 5% | C | Interest | | | Distributed | 12/28/12 | M | | |
| 231. -Tuscaloosa AL Wts 4.53% | B | Interest | | | Distributed | 12/28/12 | L | | |
| 232. -Phenix Ci AL Sch Wnts 4.6% | B | Interest | | | Distributed | 12/28/12 | K | | |
| 233. -Oxford AL Wrnts B/E | B | Interest | | | Sold | 12/28/12 | K | B | |
| 234. -Auburn Un Gen Fee Rev B/E 4.89% | C | Interest | | | Distributed | 12/28/12 | M | | |
| 235. -Andalusia AL Wts B/E 4.6% | B | Interest | | | Distributed | 12/28/12 | L | | |
| 236. -Hoover AL B/Ed 4.75% | C | Interest | | | Distributed | 12/28/12 | M | | |
| 237. -Mobile Cnty AL Rfdg Ser B/E 4.85% | C | Interest | | | Distributed | 12/28/12 | M | | |
| 238. -Northeast AL Wtr Swr & Fire Protn B/E 4.8% | C | Interest | | | Distributed | 12/28/12 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. -Bham AL Children's Hosp 6% | D | Interest | | | Distributed | 12/28/12 | M | | |
| 240. -Gadsden AL Wtr Wks & Swr Brd B/E 4.75% | C | Interest | | | Distributed | 12/28/12 | M | | |
| 241. -Opelika AL Utils Brd Util Rev B/E 5.25% | C | Interest | | | Distributed | 12/28/12 | L | | |
| 242. Decatur AL WTS 3,0% | | None | | | Buy | 09/11/12 | L | | |
| 243. | | | | | Distributed | 12/28/12 | L | | |
| 244. **MUTUAL FUNDS (OPEN-END FUNDS)** | | | | | | | | | |
| 245. -MFS ALa Mun Bd Fd CL A | D | Int./Div. | | | Sold | 12/27/12 | M | | |
| 246. -Putnam Fd Gro & Inc | B | Int./Div. | | | Distributed | 12/28/12 | L | | |
| 247. **MUTUAL FUNDS (CLOSED-END FUNDS)** | | | | | | | | | |
| 248. -China Fund | A | Int./Div. | J | T | Distributed (part) | 12/28/12 | M | | |
| 249. -Templeton Dragon | C | Dividend | J | T | Distributed (part) | 12/28/12 | M | | |
| 250. -Tricontinental Corp | C | Dividend | J | T | Distributed (part) | 12/28/12 | M | | |
| 251. BROKERAGE ACCOUNT NO. 4 - MERRILL LYNCH | | | | | | | | | |
| 252. **CASH/MONEY Accounts** - Merrill Lynch | | | | | | | | | |
| 253. -Cash - Merrill Lynch | A | Interest | J | T | | | | | |
| 254. -ML Bank Deposit Prog | A | Interest | N | T | | | | | |
| 255. -Preferred Deposit - Merrill Lynch | A | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hobbs, Truman M. | 12/16/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256.  -ISA Bank of America | A | Interest | M | T | | | | | |
| 257.  **MUNICIPAL BONDS** | | | | | | | | | |
| 258.  -Hoover AL 4.5% | B | Interest | | | Sold | 03/01/12 | L | A | |
| 259.  -Cullman Cnty AL Wtr Rev 3.8% | B | Interest | | | Sold | 05/01/12 | L | | |
| 260.  -Huntsvi AL Nat Gas 3.6% | C | Interest | | | Sold | 12/28/12 | K | | |
| 261.  -Ala Wtr Pollution | B | Interest | | | Sold | 07/09/12 | K | | |
| 262.  -Mtgy AL BMC Spl Cr 5.25% | A | Interest | K | T | | | | | |
| 263.  -Ala Mental Hlth 3.4% | B | Interest | K | T | | | | | |
| 264.  -Decatur AL Wts 4% | B | Interest | K | T | | | | | |
| 265.  -Un AL Univ Rev 4% | B | Interest | K | T | | | | | |
| 266.  -Autauga AL Pub Ed 4.125% | B | Interest | K | T | | | | | |
| 267.  -Auburn Univ Gen Fee 5% | C | Interest | L | T | | | | | |
| 268.  -Ala 21st Centy Athy 5.5% | B | Interest | | | Sold | 04/06/12 | K | A | |
| 269.  -Ala Agric-Mech Un 5% | B | Interest | K | T | | | | | |
| 270.  -Mtgy AL Wts 5% | C | Interest | L | T | | | | | |
| 271.  -Decatur AL Cap Impt Wts 4.25% | B | Interest | L | T | | | | | |
| 272.  -Ala Pub Hsg Auth 4.45% | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. -Mtgy AL WW-San Swr 5% | C | Interest | L | T | | | | | |
| 274. -Ala St Pub Sch & Coll 5% | B | Interest | K | T | | | | | |
| 275. -Foley AL Pub Facs Coop 5% | B | Interest | K | T | | | | | |
| 276. -Chatom AL IDB Gulf Opp 4% | C | Interest | L | T | | | | | |
| 277. -Smiths AL Wtr-Swr 4.35% | C | Interest | L | T | | | | | |
| 278. -Mobile Cnty AL 4.25% | C | Interest | L | T | | | | | |
| 279. -Jacksonvi AL St Univ 5.125% | C | Interest | L | T | | | | | |
| 280. -Ala SCFFA Mobile Rev | C | Interest | L | T | | | | | |
| 281. -Auburn AL Univ Gen Fee 5% | C | Interest | L | T | | | | | |
| 282. -Barrick Gold Corp | B | Dividend | L | T | | | | | |
| 283. -Dun & B'st New | A | Dividend | K | T | | | | | |
| 284. -Eli Lilly | C | Dividend | L | T | | | | | |
| 285. -Gartner Inc | A | Dividend | J | T | | | | | |
| 286. -Kinder Morgan En | C | Dividend | K | T | | | | | |
| 287. -Moody's Corp | B | Dividend | L | T | | | | | |
| 288. -Newmont Mining | C | Dividend | M | T | | | | | |
| 289. -Plum Creek Tbr | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. -Proc & Gamble | B | Dividend | L | T | | | | | |
| 291. -Schlumberger | C | Dividend | N | T | | | | | |
| 292. -Transocean Ltd | A | Dividend | K | T | | | | | |
| 293. -Wells Fargo | A | Dividend | K | T | | | | | |
| 294. **MUTUAL FUNDS (CLOSED-END FUNDS/UIT** | | | | | | | | | |
| 295. -Blackrock Muniyield | D | Dividend | L | T | | | | | |
| 296. -B'rock Munienhanced | E | Dividend | N | T | | | | | |
| 297. -B'rock Intermed | D | Dividend | N | T | | | | | |
| 298. -GDL (The) Fd | C | Dividend | K | T | | | | | |
| 299. BROKERAGE ACCOUNT NO. 5 - STIFEL-NICOLAUS | | | | | | | | | |
| 300. **Insured Bank Program - Stifel Nicolaus** | | | | | | | | | |
| 301. -Stifel Bk & Tr | A | Interest | M | T | | | | | |
| 302. -Citibank NA | A | Interest | M | T | | | | | |
| 303. -Amer Exp Centurion | A | Interest | M | T | | | | | |
| 304. -SunTrust Bk "Y" | | | | | | | | | |
| 305. -Bank of East Asia Ltd "Y" | | | | | | | | | |
| 306. **EQUITIES** | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hobbs, Truman M. | 12/16/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307.  -B'Shire CL B | | None | L | T | | | | | |
| 308.  -BHP Billiton | B | Dividend | L | T | | | | | |
| 309.  -Molycorp | | None | J | T | | | | | |
| 310.  **MUNICIPAL BONDS** | | | | | | | | | |
| 311.  -Jeff Cnty AL Swr Cap Improv 5% | B | Interest | | | Redeemed | 08/01/12 | K | | |
| 312.  -Madison Cnty AL Brd Ed 4.3% | B | Interest | | | Redeemed | 08/01/12 | K | | |
| 313.  -Madison Cnty AL B/E 4.6% | B | Interest | | | Redeemed | 09/04/12 | K | | |
| 314.  -Huntsvi Cap Impt Wts 5% | A | Interest | K | T | | | | | |
| 315.  -Oxford AL Recr Wts 3.8% | B | Interest | K | T | | | | | |
| 316.  -Huntsvi AL Cap Impt 5% | B | Interest | K | T | | | | | |
| 317.  -Auburn Un AL Rev Athl 4% | B | Interest | K | T | | | | | |
| 318.  -Troy AL Wrnts NPFG 4.55% | B | Interest | | | Redeemed | 08/01/12 | K | | |
| 319.  -Homewood AL B/E 4.5% | B | Interest | | | Redeemed | 03/01/12 | K | | |
| 320.  -Enterprise AL B/E Wnts 4.29% | C | Interest | M | T | | | | | |
| 321.  -Ala St Pub Sch Clg Ath 4.25% | C | Interest | L | T | | | | | |
| 322.  -Bham AL Spl CR Fac Ch Hosp 5.75% | D | Interest | M | T | | | | | |
| 323.  -Phnix Ci AL Sch Wts 4.6% | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hobbs, Truman M. | 12/16/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. -Bham AL Spl Cr Fac Ch Hosp 6% | D | Interest | M | T | | | | | |
| 325. **MUTUAL FUNDS - CLOSED END FUNDS** | | | | | | | | | |
| 326. -Gabelli Eg Tr | A | Dividend | J | T | | | | | |
| 327. BROKERAGE NO. 6 (Trust No. 5) - MERRILL LYNCH "Y" | | | Closed | | | | | | trust dissolved in 2011 |
| 328. | | | | | | | | | |
| 329. BROKERAGE NO. 7 (Trust No. 6-1) - MERRILL LYNCH | E | Int./Div. | P1 | T | | | | | |
| 330. **Cash/Money Accts - Merrill Lynch** | | | | | | | | | |
| 331. -Cash - Merrill Lynch | | | J | T | | | | | |
| 332. -ML Bank Deposit Program- | | | L | T | | | | | |
| 333. **CORPORATE BONDS** | | | | | | | | | |
| 334. -NM Gen Mtrs | A | Int./Div. | J | T | | | | | |
| 335. **MUNICIPAL BONDS** | | | | | | | | | |
| 336. -Univ AL Univ Rev | B | Interest | K | T | | | | | |
| 337. -Mobile Cnty AL Impt | B | Interest | K | T | | | | | |
| 338. -Madison AL Wts | B | Interest | L | T | | | | | |
| 339. -Hoover AL B/E | A | Interest | K | T | | | | | |
| 340. -Smiths AL Wtr-Swr | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. -Mobile AL Wtr-Swr | B | Interest | K | T | | | | | |
| 342. -Ala SCFFA Mobile Rev | B | Interest | K | T | | | | | |
| 343. **EQUITIES** | | | | | | | | | |
| 344. -Abbott Labs | B | Dividend | L | T | | | | | |
| 345. -Altria Group Inc | D | Dividend | M | T | | | | | |
| 346. -American Intl | | None | J | T | | | | | |
| 347. -Banco Bilbao Vizcaya | D | Dividend | M | T | | | | | |
| 348. -Baxter Interntl | D | Dividend | N | T | | | | | |
| 349. -Becton Dickinson Co | A | Dividend | K | T | | | | | |
| 350. -Buckeye Partners LP | D | Dividend | M | T | | | | | |
| 351. -Cardinal Health Inc | B | Dividend | K | T | | | | | |
| 352. -Carefusion Corp Shs | | None | J | T | | | | | |
| 353. -Century Link Inc. | C | Dividend | L | T | | | | | |
| 354. -Cisco Systems | A | Dividend | J | T | | | | | |
| 355. -Coca Cola | D | Dividend | M | T | | | | | |
| 356. -Colonial Bancgroup | | None | J | W | | | | | |
| 357. -CVS Caremark | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hobbs, Truman M. | 12/16/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358.  -DuPont | B | Dividend | L | T | | | | | |
| 359.  -Duke Energy | B | Dividend | K | T | | | | | |
| 360.  -Edwards Life Sciences | | None | L | T | | | | | |
| 361.  -El Paso Corp | | | | | | | | | |
| 362.  -Elan Corp | | None | J | T | | | | | |
| 363.  -Enterprise Prdts | D | Dividend | M | T | | | | | |
| 364.  -Gen Mills | B | Dividend | L | T | | | | | |
| 365.  -Intel Corp | A | Dividend | J | T | | | | | |
| 366.  -Johnson & Johnson | C | Dividend | M | T | | | | | |
| 367.  -Kellogg Co | C | Dividend | L | T | | | | | |
| 368.  -Kinder Morgan Energy | B | Dividend | K | T | | | | | |
| 369.  -Kraft Foods | | None | K | T | | | | | |
| 370.  -McDonalds Corp | B | Dividend | K | T | | | | | |
| 371.  -Medco Health Solutions/Express Scripts Hldg Co | | | K | T | | | | | |
| 372.  -Microsoft Corp | B | Dividend | K | T | | | | | |
| 373.  Mondelez Intl | A | Dividend | L | T | Spinoff (from line 369) | 10/15/12 | L | | |
| 374.  -Monsanto Co | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. -Pfizer Inc | D | Dividend | M | T | | | | | |
| 376. -Philip Morris Intl | E | Dividend | N | T | | | | | |
| 377. -Praxair Inc | A | Dividend | J | T | | | | | |
| 378. -Schlumberger | A | Dividend | K | T | | | | | |
| 379. -Spectra Energy | B | Dividend | K | T | | | | | |
| 380. -Suntrust Bks | A | Dividend | L | T | | | | | |
| 381. -Transocean ltd | | None | J | T | | | | | |
| 382. -Walgreen Co | A | Dividend | K | T | | | | | |
| 383. -WT01 21 American Internatil | | None | J | T | | | | | |
| 384. -3M Co | A | Dividend | J | T | | | | | |
| 385. **MUTUAL FUNDS/CLOSED END FUNDS/UIT** | | | | | | | | | |
| 386. -American Capital | A | Interest | K | T | | | | | |
| 387. -Cohen & Steers REIT | A | Interest | J | T | | | | | |
| 388. -Cohen & Steers Select | A | Interest | J | T | | | | | |
| 389. -DWS Gold & Precious Met | | None | J | T | | | | | |
| 390. -Eaton Vance Tax Man GLB | A | Interest | J | T | | | | | |
| 391. -Templeton Growth | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. BROKERAGE NO. 8 (Trust No. 6-2) - MERRILL LYNCH | E | Int./Div. | P1 | T | | | | | |
| 393. **Cash/Money Accts - Merrill Lynch** | | | | | | | | | |
| 394. -Cash - Merrill Lynch | | | J | T | | | | | |
| 395. -ML Bank Deposit Program- | A | Int./Div. | L | T | | | | | |
| 396. **CORPORATE BONDS** | | | | | | | | | |
| 397. -NM Gen Mtrs | B | Interest | J | T | | | | | |
| 398. **MUNICIPAL BONDS** | | | | | | | | | |
| 399. Univ ALA Univ REVS | A | Interest | K | T | | | | | |
| 400. -Mobile Cnty AL Impt | B | Interest | K | T | | | | | |
| 401. -Madison AL Wts | B | Interest | L | T | | | | | |
| 402. -Hoover AL Brd Ed Cap | A | Interest | K | T | | | | | |
| 403. -Smiths AL Wtr-Swr | A | Interest | K | T | | | | | |
| 404. -Mobile AL Wtr-Swr | B | Interest | K | T | | | | | |
| 405. -Ala SCFFA Mobile Rev | B | Interest | K | T | | | | | |
| 406. -**EQUITIES** | | | | | | | | | |
| 407. -Abbott Labs | B | Dividend | L | T | | | | | |
| 408. -Altria Group | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. -American Intl | | | J | T | | | | | |
| 410. -Banco Bilbao Vizcaya | D | Dividend | M | T | | | | | |
| 411. -Baxter Interntl | D | Dividend | N | T | | | | | |
| 412. -Becton Dickinson Co | A | Dividend | K | T | | | | | |
| 413. -Buckeye Partners | D | Dividend | L | T | | | | | |
| 414. -Cardinal Health Inc | B | Dividend | K | T | | | | | |
| 415. -Carefusion Corp | | | J | T | | | | | |
| 416. -Century Link Inc. | C | Dividend | L | T | | | | | |
| 417. -Cisco Systems Inc | A | Dividend | J | T | | | | | |
| 418. -Coca Cola | D | Dividend | M | T | | | | | |
| 419. -Colonial Bancgroup | | | J | W | | | | | |
| 420. -CVS Caremark | A | Dividend | L | T | | | | | |
| 421. -DuPont | B | Dividend | L | T | | | | | |
| 422. -Duke Energy | B | Dividend | K | T | | | | | |
| 423. -Edwards Life Sciences | | | L | T | | | | | |
| 424. -Elan Corp | | | J | T | | | | | |
| 425. -Enterprise Prdts | D | Dividend | M | T | | | | | |

| | | | | |
| --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hobbs, Truman M. | 12/16/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. -Gen Mills | B | Dividend | L | T | | | | | |
| 427. -Intel Corp | A | Dividend | J | T | | | | | |
| 428. -Johnson & Johnson | C | Dividend | M | T | | | | | |
| 429. -Kellogg Co | C | Dividend | L | T | | | | | |
| 430. -Kinder Morgan Energy | B | Dividend | K | T | | | | | |
| 431. -Kraft Foods | | | K | T | | | | | |
| 432. -McDonalds Corp | B | Dividend | K | T | | | | | |
| 433. -Medco Health /Express scripts | | | K | T | | | | | |
| 434. -Microsoft Corp | B | Dividend | K | T | | | | | |
| 435. Mondelez Intl | B | Dividend | L | T | Spinoff (from line 431) | 10/15/12 | L | | |
| 436. -Monsanto Co | A | Dividend | J | T | | | | | |
| 437. -Pfizer | D | Dividend | M | T | | | | | |
| 438. -Philip Morris | D | Dividend | N | T | | | | | |
| 439. -Praxair Inc | A | Dividend | J | T | | | | | |
| 440. -Schlumberger | A | Dividend | K | T | | | | | |
| 441. -Spectra Energy | B | Dividend | K | T | | | | | |
| 442. -Suntrust Bks | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. -Transocean ltd | | | J | T | | | | | |
| 444. -Walgreen Co | A | Dividend | K | T | | | | | |
| 445. -WT01 21 American Internatil | | | J | T | | | | | |
| 446. -3M Co | A | Dividend | J | T | | | | | |
| 447. **MUTUAL FUNDS/CLOSED END FUNDS/UIT** | | | | | | | | | |
| 448. -American Capital | A | Int./Div. | K | T | | | | | |
| 449. -Cohen & Steers REIT | A | Int./Div. | J | T | | | | | |
| 450. -Cohen & Steers Select | A | Int./Div. | J | T | | | | | |
| 451. -DWS Gold & Precious Met | | | J | T | | | | | |
| 452. -Eaton Vance Tax Man GLB | A | Int./Div. | J | T | | | | | |
| 453. -Templeton Growth | A | Int./Div. | K | T | | | | | |
| 454. BROKERAGE No. 9 (IRA #1 - MERRILL LYNCH | | | | | | | | | |
| 455. -Cash & FIA Card Services - Merrill Lynch | A | Int./Div. | J | T | | | | | |
| 456. -Berkshire Hathaway CL A | | None | M | T | | | | | |
| 457. -Progress Energy | B | Dividend | K | T | | | | | |
| 458. -3M Company | B | Dividend | L | T | | | | | |
| 459. -Cohen & Steers Select | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 31 of 33

Name of Person Reporting

Hobbs, Truman M.

Date of Report

12/16/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. -First Eagle | A | Dividend | K | T | | | | | |
| 461. -Thornburg Int | A | Dividend | K | T | | | | | |
| 462. | | | | | | | | | |
| 463. REAL ESTATE | | | | | | | | | |
| 464. -_____ Land, Elmore County, AL | | | M | R | | | | | VIII, Line 1 |
| 465. -Waugh ____ - Montgomery County, AL | | | L | R | | | | | VIII, Line 2 |
| 466. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hobbs, Truman M. | 12/16/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. VII, Line 464, Unimproved Land in Elmore county, AL. Purchased in 1969.and 1976. Swapped other land in 1998 for total interest of 33 percent - purchase price less than $200,000.

2. VII, Line 465. Land purchased in 1978 for less than $200,000 - 45 percent interest

3. I, Line 2: I am a co-trustee of Trust 6. I have no financial interest in these.

VII, Lines 329-391. This is Brokerage Account No. 7 (Trust No. 6-1).
VII, Lines 392-461. This is Brokerage Account No. 8, (Trust No. 6-2).

4. Part VII. Column D1 -- those entries listed as distributions are gifts of investments made to family members.

| | |
|---|---|
| Hobbs, Truman M. | 12/16/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Truman M. Hobbs**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544